IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **BBMS, LLC d/b/a ALL A' BLOOM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| ) | Case No. 4:20-CV-00353-BP |
| ) | |
| **CONTINENTAL CASUALTY COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S NOTICE OF CONCLUSION OF MATTER

Plaintiff BBMS LLC d/b/a All A' Bloom ("Plaintiff"), respectfully notifies this Court that she has elected not to file a Second Amended Complaint and this matter has concluded. In support of this, Plaintiff states as follows:

1. On May 8, 2020, Plaintiff filed an amended class action complaint in the captioned cause.

2. On November 30, 2020, the Court entered an Order dismissing Plaintiff's claims on the ground the existence of COVID-19 and the related SHOs do not constitute "direct physical loss of or damage to" business premises. In that same Order, however, the Court granted Plaintiff leave to file a second amended complaint. The Court ordered that any amended complaint be filed by or before December 14, 2020.

3. Plaintiff has elected not to file a Second Amended Complaint in this matter.

4. The Parties agree this matter should be closed.

Dated:  December 14, 2020                     Respectfully submitted,

                                              BARTLE + MARCUS LLC

                                              By /s/ David L. Marcus
                                                  Matthew V. Bartle  Mo. Bar # 40903
                                                  David L. Marcus, Mo. Bar #47846
                                                  116 W. 47th Street, Suite 200
                                                  Kansas City, Missouri 64112
                                                  (816) 256-4614 (telephone)
                                                  (816) 222-0534 (facsimile)
                                                  mbartle@bmlawkc.com
                                                  dmarcus@bmlawkc.com

                                              AND

                                              M. Blake Heath, #61939
                                              917 W. 43rd Street, Suite 100
                                              Kansas City, MO 64111
                                              (816) 931-0048 Phone
                                              (816) 931-4803 Fax
                                              blake@heathinjurylaw.com


                                              ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

The undersigned certifies that on this December 14, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF System which served electronic notification on all counsel of record.

                          /s/ David L. Marcus
                          *Attorney for Plaintiffs*