IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

BBMS, LLC d/b/a ALL A'BLOOM, )
)
        Plaintiff, )
)
v. ) Case No. 20-0353-CV-W-BP
)
CONTINENTAL CASUALTY CO., )
)
        Defendant. )

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

Pending is Defendant's Motion to Dismiss. On November 30, 2020, the Court issued an Order concluding that the Amended Complaint fails to state a claim for which relief can be granted but granting Plaintiff's request to file a Second Amended Complaint. (Doc. 36.) Subsequently, Plaintiff filed a Notice declaring that it no longer wishes to file a Second Amended Complaint and requesting that the case be closed. (Doc. 39.)

Therefore, for the reasons stated in the Court's November 30 Order, the Motion to Dismiss, (Doc. 16), is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

                                                        /s/ Beth Phillips
                                                        BETH PHILLIPS, CHIEF JUDGE
Date: December 15, 2020                    UNITED STATES DISTRICT COURT