IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

BBMS, LLC d/b/a ALL A'BLOOM, )
)
        Plaintiff, )
)
v. ) Case No. 20-0353-CV-W-BP
)
CONTINENTAL CASUALTY CO., )
)
        Defendant. )

## JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_X\_\_\_\_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

      ORDER for the reasons stated in the Court's November 30 Order, the Motion to Dismiss, (Doc. 16), is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

Dated : 12/15/2020

/s/Paige Wymore-Wynn
Clerk of Court

/s/ Kelly McIlvain
Deputy Clerk